IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DAVID LEE TIDWELL, ADC #141699**                                                              **PLAINTIFF**

**V.**                                             **4:20-CV-787-BRW-BD**

**JAMES GIBSON,** *et al***.**                                                                            **DEFENDANTS**

## ORDER

I have reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Beth Deere (Doc. No. 24) and Petitioner's Objections. After carefully considering the objections and making a *de novo* review of the record, I approve and adopt the Proposed Findings and Recommended Disposition all respects. Accordingly, Petitioner's motion for preliminary injunctive relief (Doc. No. 10) is DENIED.

Additionally, the Clerk of the Court is directed to prepare and issues summons for Defendants Jones and Smith at their last-known addresses, which are found in Doc. No. 33, and forward the summons and a copy of the complaint to the U.S. Marshal for the Eastern District of Arkansas. Based on the provisions of Rule 4 of the Federal Rules of Civil Procedure, the U.S. Marshal for the Eastern District of Arkansas is directed to serve the summons and complaint on Defendants without costs. Defendants' private mailing addresses must be redacted from the return of service and from any other public portion of the record. Accordingly, Petitioner's Motion for Status (Doc. No. 28) is DENIED as MOOT.

Petitioner's Motion to Appoint Counsel (Doc. No. 29) is DENIED for the same reasons set out in the August 4, 2020 Order.

Petitioner's Motion for Extension of Time (Doc. No. 31) is DENIED without prejudice. He may request additional time to respond when there is something pending that requires a response and if he actually needs additional time to respond.

IT IS SO ORDERED, this 31st day of August, 2020.

                                                                       Billy Roy Wilson_____
                                                                       UNITED STATES DISTRICT JUDGE