# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**DAVID LEE TIDWELL**                                                         **PLAINTIFF**
ADC #141699

V.                         NO. 4:20-cv-00787-BRW-ERE

**JAMES GIBSON**, *et al.*                                        **DEFENDANTS**

## ORDER

       I have reviewed the Recommended Disposition (Doc. No. 195) submitted by United States Magistrate Judge Edie R. Ervin and the filed objections. After carefully considering these documents and making a *de novo* review of the record in this case, I approve and adopt the Recommended Disposition in all respects.

       The Medical Defendants' motion for summary judgment (Doc. No. 166) is GRANTED. Defendant Medders' motion for summary judgment (Doc. No. 175) is GRANTED. Mr. Tidwell's remaining claims[1] are DISMISSED, with prejudice.

       Mr. Tidwell's motion for a copy of the docket sheet (Doc. No. 197) and the Clerk of the Court is directed to send him a copy of the docket sheet.

       IT IS SO ORDERED this 20th day of October, 2021.

                                                    *Billy Roy Wilson*
                                                    UNITED STATES DISTRICT JUDGE

---

[1] The Court previously dismissed Mr. Tidwell's claims against Defendant Gibson and Griffin based on his failure to exhaust his administrative remedies. Doc. No. 111.