IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DAVID LEE TIDWELL**   **PLAINTIFF**
**ADC #141699**

V.   NO. 4:20-cv-00787-BRW-ERE

**JAMES GIBSON,** *et al*.   **DEFENDANTS**

## JUDGMENT

Consistent with the Order entered today, this case is dismissed. All relief sought is denied, and the case is closed.

IT IS SO ORDERED this 20th day of October, 2021.

Billy Roy Wilson
UNITED STATES DISTRICT JUDGE